Mark E. Merin (State Bar No. 043849)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com

  Attorney for Plaintiffs
  HOFFMAN BROTHERS HARVESTING, INC.,
  PAUL D. HOFFMAN & SONS, RONALD E.
  HOFFMAN, and CARL R. HOFFMAN

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
RONALD J. SCHOLAR, Bar No. 187948
rscholar@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

  Attorneys for Defendants
  COUNTY OF SAN JOAQUIN,
  DAVID KWONG, and JUANITA M. HUERTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HOFFMAN BROS. HARVESTING, INC., et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>            Defendants. | Case No. 2:20-cv-00660-TLN-AC<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER** |

Pursuant to E.D. Cal. L.R. 230(f), the parties—Plaintiffs Hoffman Brothers Harvesting, Inc., Paul D. Hoffman & Sons, Ronald E. Hoffman, and Carl R. Hoffman (collectively, "Plaintiffs") and Defendants County of San Joaquin, David Kwong, and Juanita M. Huerta (collectively, "Defendants")—submit the following joint stipulation to continue the hearing date on Defendants' pending motion to dismiss (ECF No. 6).

1

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**
*Hoffman Bros. Harvesting, Inc. v. County of San Joaquin*, United States District Court, Eastern District of California, Case No. 2:20-cv-00660-TLN-AC

**STIPULATION**

WHEREAS, Defendants' pending motion to dismiss is currently scheduled to be heard before this Court on July 23, 2020 (ECF No. 6);

WHEREFORE, the parties' counsel have discussed, and continue to discuss, potential early alternative dispute resolution in this case;

NOW THEREFORE, the parties agree and stipulate that:

Defendants' pending motion to dismiss, currently scheduled to be heard before this Court on July 23, 2020 (ECF No. 6), be CONTINUED to September 17, 2020.

IT IS SO STIPULATED.

Dated: July 2, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin

Attorney for Plaintiffs
HOFFMAN BROTHERS HARVESTING, INC.,
PAUL D. HOFFMAN & SONS, RONALD E. HOFFMAN, and CARL R. HOFFMAN

Dated: July 2, 2020

Respectfully Submitted,
COLE HUBER LLP

*/s/ Derek P., Cole*
(as authorized on July 2, 2020)

By: _____
    Derek P. Cole
    Ronald J. Scholar

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
DAVID KWONG, and JUANITA M. HUERTA

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

Defendants' pending motion to dismiss, currently scheduled to be heard before this Court on July 23, 2020 (ECF No. 6), is CONTINUED to September 17, 2020, at 2:00 p.m.

IT IS SO ORDERED.

DATED: July 2, 2020

---
Troy L. Nunley
United States District Judge

3

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**
*Hoffman Bros. Harvesting, Inc. v. County of San Joaquin*, United States District Court, Eastern District of California, Case No. 2:20-cv-00660-TLN-AC