Mark E. Merin (State Bar No. 043849)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com

Attorney for Plaintiffs
HOFFMAN BROTHERS HARVESTING, INC.,
PAUL D. HOFFMAN & SONS, RONALD E.
HOFFMAN, and CARL R. HOFFMAN

DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
RONALD J. SCHOLAR, Bar No. 187948
rscholar@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
DAVID KWONG, and JUANITA M. HUERTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HOFFMAN BROS. HARVESTING, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN, et al., <br><br> Defendants. | Case No. 2:20-cv-00660-TLN-AC <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER** |

Pursuant to E.D. Cal. L.R. 230(f), the parties—Plaintiffs Hoffman Brothers Harvesting, Inc., Paul D. Hoffman & Sons, Ronald E. Hoffman, and Carl R. Hoffman (collectively, "Plaintiffs") and Defendants County of San Joaquin, David Kwong, and Juanita M. Huerta (collectively, "Defendants")—submit the following joint stipulation to continue the hearing date on Defendants' pending motion to dismiss (ECF No. 6).

1

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**
*Hoffman Bros. Harvesting, Inc. v. County of San Joaquin*, United States District Court, Eastern District of California, Case No. 2:20-cv-00660-TLN-AC

# STIPULATION

WHEREAS, Defendants' pending motion to dismiss was originally noticed and scheduled for hearing on July 23, 2020 (ECF No. 6);

WHEREAS, the parties jointly stipulated to continue the hearing to September 17, 2020 (ECF No. 8), and the Court granted the stipulation (ECF No. 9);

WHEREAS, the parties jointly stipulated to further continue the hearing to November 12, 2020 (ECF No. 10), and the Court granted the stipulation (ECF No. 11);

WHEREAS, the parties jointly stipulated to further continue the hearing to January 21, 2021 (ECF No. 12), and the Court granted the stipulation (ECF No. 13); and

WHEREFORE, the parties' counsel have discussed, and continue to discuss, potential early alternative dispute resolution in this case and a further continuance of the hearing date is necessary to facilitate these settlement discussions—specifically, Defendants have made a proposal to resolve the parties' dispute and, most recently, Plaintiffs have made a counter-proposal, which Defendants intend to consider;

NOW, THEREFORE, the parties agree and stipulate that:

Defendants' pending motion to dismiss, currently scheduled to be heard before this Court January 21, 2021, be CONTINUED to February 18, 2021, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 6, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

 */s/ Mark E. Merin*

By: _____
    Mark E. Merin

Attorney for Plaintiffs
HOFFMAN BROTHERS HARVESTING, INC.,
PAUL D. HOFFMAN & SONS, RONALD E.
HOFFMAN, and CARL R. HOFFMAN

Dated: January 6, 2021

Respectfully Submitted,
COLE HUBER LLP

*/s/ Derek P. Cole*
(as authorized on January 6, 2021)
By: _____
Derek P. Cole
Ronald J. Scholar

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
DAVID KWONG, and JUANITA M. HUERTA

## **ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

Defendants' pending motion to dismiss (ECF No. 6), currently scheduled to be heard before this Court on January 21, 2021, is CONTINUED to February 18, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 7, 2021

_____
Troy L. Nunley
United States District Judge

3